# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**MONIKE THOMAS,**          Case No.   **1:11-CV-796**

    Plaintiff,

                                   **Judge Timothy S. Black**

**-vs-**

**PROCTER AND GAMBLE**
**DISTRIBUTING LLC,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]**     **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**     **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss (Doc. 16) is **GRANTED**; and the case is **DISMISSED** and **CLOSED** from the docket of the Court.

Date: September 19, 2012                              **JOHN P. HEHMAN, CLERK**

                                                                 By: *s/ M. Rogers*
                                                                     Deputy Clerk